IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEPHANIE ELLEN CARLISLE and
RALEY POWELL DEARMAN, Individually
And on Behalf of All Wrongful Death Beneficiaries
of CHRISTOPHER POWELL, Deceased                                    **PLAINTIFFS**

VS.                                    CIVIL ACTION NO.: 4:11cv21 HTW-LRA

LAUDERDALE COUNTY, MISSISSIPPI; et. al.                          **DEFENDANTS**

---

## NOTICE OF SERVICE OF DISCOVERY

---

        Plaintiffs, Stephanie Ellen Carlisle and Raley Powell Dearman, Individually and on

Behalf of All Wrongful Death Beneficiaries of Christopher Powell, Deceased, do hereby give

notice to the Court that a true and correct copy of the following pleading has been mailed to

counsel:

    1.    Plaintiff's Second Requests for Production of Documents Propounded to
          Lauderdale County, Mississippi.

        Further notice is hereby given that the originals of the above pleading are being retained

in our files.

        DATED:  November 15, 2011.

                        Respectfully submitted,

                        **STEPHANIE ELLEN CARLISLE AND RALEY
                        POWELL DEARMAN, Natural Mother and Sister as
                        well as Heir at Law of Christopher Powell, Deceased**

                        By:  /s/Jay M. Kilpatrick
                                Jay M. Kilpatrick, Their Attorney

Jay M. Kilpatrick (MSB # 100136)
YoungWilliams PA
2000 Regions Plaza
Post Office Box 23059
Jackson, MS 39225-3059
Tel:  (601) 948-6100
Fax: (601) 355-6136

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2011, I electronically filed the foregoing document

with the Clerk of the Court using the ECF system which sent notification of such filing to all

counsel having previously formally appeared herein.

<u>/s/ Jay M. Kilpatrick</u>
Jay M. Kilpatrick