IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEPHANIE ELLEN CARLISLE and
RALEY POWELL DEARMAN, Individually
And on Behalf of All Wrongful Death Beneficiaries
of CHRISTOPHER POWELL, Deceased                                    PLAINTIFFS

VS.                                            CIVIL ACTION NO. 4:11cv21 HTW-LRA

LAUDERDALE COUNTY, MISSISSIPPI, et. al.                            DEFENDANTS

**ORDER GRANTING MOTION FOR ADDITIONAL TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**

CAME ON FOR HEARING, *ore tenus*, the Motion for Additional Time to Respond to Motion for Summary Judgment [Doc. 50] filed by the Plaintiffs in this action and the Court having considered the same and noting that the Defendants have no objection to the request, finds that the Motion is well taken and should be granted. Specifically, the Court finds as follows:

1. The Plaintiffs are allowed up to and through 15 days after discovery is completed in this matter to respond to the Motion for Summary Judgment filed in this case [Doc. 50].

SO ORDERED, this the 6th day of January, 2012.

                                        s/ HENRY T. WINGATE
                                        UNITED STATES DISTRICT JUDGE