# Michael Wolf

| | |
|---|---|
| **From:** | Michael Wolf |
| **Sent:** | Wednesday, December 21, 2011 4:57 PM |
| **To:** | 'Jay Kilpatrick' |
| **Subject:** | RE: Powell case |

Jay,

      Please consider this my response to your good faith letter.  As worded we are unable to comply.  I would however be agreeable to identifying the special management detainees for the last five years, suicidal only, if you are agreeable to a method of redactions which would preserve the identities of those inmates.

Thank you.

Michael

---

**From:** Jay Kilpatrick [mailto:jkilpat@youngwilliams.com]
**Sent:** Wednesday, December 21, 2011 4:29 PM
**To:** Michael Wolf
**Subject:** Powell case

Michael:

Attached is a "good faith" letter on these other records we discussed.


*Jay M. Kilpatrick, Esq.*
*Litigation Group*
**YoungWilliams P.A.**
jkilpat@youngwilliams.com
www.youngwilliams.com
Direct:     601.360.9059
Fax:        601.355.6136
*Street:*                                              *Mail:*
210 East Capitol Street, Suite 2000      P. O. Box  23059
Jackson, MS  39201                              Jackson, MS 39225

This message is intended only for the addressee and may contain PRIVILEGED and CONFIDENTIAL information.  If you are not the intended recipient, please do not use or forward this message.  If received in error, please erase all copies of the message and attachments and notify us immediately.



**From:** canon@youngwilliams.com [mailto:canon@youngwilliams.com]
**Sent:** Wednesday, December 21, 2011 3:32 PM
**To:** Jay Kilpatrick
**Subject:** Attached Image

