IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEPHANIE ELLEN CARLISLE and
RALEY POWELL DEARMAN, Individually
And on Behalf of All Wrongful Death Beneficiaries
of CHRISTOPHER POWELL, Deceased                                                            PLAINTIFFS

VS.                                                                  CIVIL ACTION NO.: 4:11cv21 HTW-LRA

LAUDERDALE COUNTY, MISSISSIPPI;
WILLIAM D. "BILLIE" SOLLIE, Individually and
In His Official Capacity as Sheriff of Lauderdale
County, Mississippi; WAYMAN NEWELL, Individually,
and In His Official Capacity as President of Lauderdale
County Board of Supervisors; CRAIG HITT, Individually,
and In His Official Capacity as President of Lauderdale
County Board of Supervisors; and JANE/JOHN DOES,
Individually, and In Their Official Capacity as other Law
Enforcement and Jail Personnel of Lauderdale County                                        DEFENDANTS

## NOTICE OF SERVICE OF SUPPLEMENTATION OF DISCOVERY RESPONSES REGARDING EXPERT WITNESSES

COMES NOW the Defendant Lauderdale County, by and through undersigned counsel, and does hereby give notice to the Court that **Defendant Lauderdale County's Supplementation of Discovery Responses Regarding Expert Witnesses** has been served in the above-styled and numbered action.

Further notice is hereby given that the original of this discovery is being retained in our files.

RESPECTFULLY SUBMITTED, this the 17th day of January, 2012.

                                                  LAUDERDALE COUNTY, MISSISSIPPI,
                                                  DEFENDANT

                               BY:      /s/C. Allen McDaniel II
                                                      MICHAEL J. WOLF
                                                      C. ALLEN MCDANIEL II

OF COUNSEL:
MICHAEL J. WOLF – BAR NO. 99406
C. ALLEN MCDANIEL II – BAR NO. 101307
PAGE, KRUGER & HOLLAND, P.A.
P.O. Box 1163
Jackson, Mississippi 39215-1163
(601) 420-0333
Fax (601) 420-0033
Email: mwolf@pagekruger.com
       amcdaniel@pagekruger.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, the undersigned attorney for Defendant, hereby certify that I have this day caused to be served by ECF, a true and correct copy of the above and foregoing document to all counsel having previously formally appeared herein.

This the 17th day of January, 2012.

　　　　　　　　　　　　　　　　　　　　　　　/s/C. Allen McDaniel II
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. WOLF
　　　　　　　　　　　　　　　　　　　　　　　C. ALLEN MCDANIEL II