IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEPHANIE ELLEN CARLISLE and
RALEY POWELL DEARMAN, Individually
And on Behalf of All Wrongful Death Beneficiaries
of CHRISTOPHER POWELL, Deceased    PLAINTIFFS

VS.    CIVIL ACTION NO.: 4:11cv21 HTW-LRA

LAUDERDALE COUNTY, MISSISSIPPI;
WILLIAM D. "BILLIE" SOLLIE, Individually and
In His Official Capacity as Sheriff of Lauderdale
County, Mississippi; WAYMAN NEWELL, Individually,
and In His Official Capacity as President of Lauderdale
County Board of Supervisors; CRAIG HITT, Individually,
and In His Official Capacity as President of Lauderdale
County Board of Supervisors; and JANE/JOHN DOES,
Individually, and In Their Official Capacity as other Law
Enforcement and Jail Personnel of Lauderdale County    DEFENDANTS

## ORDER STAYING PROCEEDINGS PENDING QUALIFIED IMMUNITY

The Defendants Melissa McCarter, Shanekia Rush, and Erik Thompkins in their individual capacity, have caused to be filed a motion based on immunity defenses, and as such, pursuant to Uniform District Court Rule 16.1(b)(4)(b), the Court must stay all proceedings and disclosures not related to the immunity issues pending the Court's ruling on the motion.

Plaintiffs shall promptly notify the Magistrate Judge of a decision on the immunity defense motion and shall then submit a proposed order lifting stay.

SO ORDERED this the 21st day of May, 2012.

HON. LINDA ANDERSON
UNITED STATES MAGISTRATE JUDGE